Dastan M. D'o (17201)
DMD Law, P.C.
3556 S 5600 W, #1-852
Salt Lake City, Utah 84120
dmd@dmdlawfirm.com
Attorney for Barrow Land and Livestock, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| | |
|---|---|
| In re Justin Dean Barrow,<br><br>Debtor.<br><br>— | Bankruptcy Case No. 24-20609<br>(Chapter 7) |
| J. Kevin Bird, Chapter 7 Trustee<br><br>Plaintiff,<br><br>vs.<br><br>Barrow Land and Livestock, LLC,<br><br>Defendant. | Adv. Pro. No. 26-02025<br><br>(Filed electronically) |

# STIPULATED MOTION TO STAY PROCEEDINGS FOR 60 DAYS

Defendant Barrow Land and Livestock, LLC, by and through undersigned counsel, and with the stipulation and agreement of Plaintiff J. Kevin Bird, Chapter 7 Trustee, by and through counsel of record, Adam S. Affleck of Richards Brandt Miller Nelson, hereby moves this Court for an Order staying all proceedings in this adversary proceeding for a period of sixty (60) days. In support thereof, the Parties state as follows:

## INTRODUCTION

1. This adversary proceeding arises out of claims brought by Plaintiff, as Chapter 7 Trustee, against Defendant Barrow Land and Livestock, LLC. The Parties have been engaged in this adversary proceeding since February 13, 2026, the date the Complaint was filed.

2. The Parties have agreed that a temporary stay of all proceedings for sixty (60) days would serve the interests of judicial economy due to a medical emergency suffered by Defendant's counsel, Dástán D'o.

3. Mr. D'o is lead counsel for Defendant in this matter, and due to a medical emergency, he is otherwise indisposed and unable to adequately represent Defendant at this time.

**GROUNDS FOR REQUESTED STAY**

4. The Parties jointly request this stay pursuant to the Court's inherent authority to manage and control its docket and the proceedings before it in the interests of justice and judicial efficiency.

5. The Parties have reached a mutual agreement to pause all activity in this matter pending Mr. D'o's recovery and ability to get caught up on the case during the requested stay period.

6. A sixty (60) day stay will allow the Parties sufficient time to allow Mr. D'o to recover from his medical condition.

7. No party will be prejudiced by the requested stay. No trial date has been set, and discovery has not yet commenced; the Report of the Parties' Planning Meeting has not yet been filed and is not yet due. To the extent the currently-set deadline for that report (July 28, 2026) falls within the requested stay period, the Parties request that it be tolled and reset along with all other deadlines as set forth in Paragraph 9, below. A stay of sixty (60) days will not result in prejudice to any party or to the fair administration of this adversary proceeding.

8. The requested stay will promote judicial economy by not burdening either side or the Court with motion practice to dismiss the case for a lack of movement.

9. The Parties request that, should this action not be resolved during the stay period, all pre-existing deadlines and scheduling orders be extended by a period equal to the length of the stay.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an Order staying all proceedings in this adversary proceeding for sixty (60) days from the date of the Court's Order, and that all existing deadlines be tolled during the stay period.

DATED this 29th day of July 2026.

**DMD LAW, P.C.**

*/s/ Dástán M. D'o*
Dástán M. D'o (17201)
*Attorney for Defendant Barrow Land and Livestock, LLC*

Stipulated and agreed to by:

**RICHARDS BRANDT MILLER NELSON**

*/s/Adam S. Affleck* [1]
Adam S. Affleck
*Attorney for Plaintiff J. Kevin Bird, Chapter 7 Trustee*

---

[1] *Express written permission granted via email on July 28th, 2026.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August 2026, I caused a true and correct copy of the foregoing **STIPULATED MOTION TO STAY PROCEEDINGS FOR 60 DAYS** to be served via the Court's CM/ECF electronic filing system, which provided electronic notification to the following:

Adam S. Affleck (Utah Bar No. 5434)
**RICHARDS BRANDT MILLER NELSON**
111 East Broadway, Suite 400
Salt Lake City, UT 84111
adam-affleck@rbmn.com
Attorneys for Chapter 7 Trustee, J. Kevin Bird

*/s/ Taytum Jorgensen*