Dastan M. D'o (17201)
DMD Law, P.C.
3556 S 5600 W, #1-852
Salt Lake City, Utah 84120
dmd@dmdlawfirm.com
Attorney for Barrow Land and Livestock, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| | |
|---|---|
| In re Justin Dean Barrow,<br><br>Debtor.<br><br>— | Bankruptcy Case No. 24-20609<br>(Chapter 7) |
| J. Kevin Bird, Chapter 7 Trustee<br><br>Plaintiff,<br><br>vs.<br><br>Barrow Land and Livestock, LLC,<br><br>Defendant. | Adv. Pro. No. 26-02025<br><br>(Filed electronically) |

**PROPOSED ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS FOR 60 DAYS**

This matter comes before the Court on the Stipulated Motion to Stay Proceedings for 60 Days (the "Motion") filed by Defendant Barrow Land and Livestock, LLC, with the stipulation of Plaintiff J. Kevin Bird, Chapter 7 Trustee, through their respective counsel of record. The Court, having reviewed the Motion and being fully advised in the premises, and good cause appearing, hereby

**ORDERS**

1. The Stipulated Motion to Stay Proceedings for 60 Days is hereby GRANTED.

2. All proceedings in this adversary proceeding, including but not limited to discovery deadlines, motion practice, and all other litigation activity, are hereby STAYED for a period of sixty (60) days from the date of this Order.

3. All existing case deadlines and scheduling obligations are TOLLED during the stay period and shall be extended by a period equal to the length of the stay, including but not limited to the deadline to file the Report of the Parties' Planning Meeting, currently due July 28, 2026.

4. The Initial Pre-Trial Conference currently set for August 6, 2026, shall be reset by the Court to a date following expiration of the stay period.

5. The parties shall use the stay period to allow Mr. D'o to recover from his medical condition.

6. The stay shall be deemed automatically lifted upon the earlier of: (a) expiration of the sixty (60) day period; or (b) written notice by any party to the Court and all counsel that the parties mutually agree to lift the stay.

IT IS SO ORDERED.

DATED this _____ day of August 2026

BY THE COURT:

________________________________

United States Judge

DATED this 29th day of July 2026

**DMD LAW, P.C.**

*/s/ Dástán M. D'o*
Dástán M. D'o (17201)
*Attorneys for Defendant Barrow Land and Livestock, LLC*

**RICHARDS BRANDT MILLER NELSON**

*/s/Adam S. Affleck* [1]
Adam S. Affleck
*Attorneys for Plaintiff J. Kevin Bird, Chapter 7 Trustee*

---

[1]*Express written permission granted via email on July 28th 2026.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August 2026, I caused a true and correct copy of the foregoing **PROPOSED ORDERGRANTING STIPULATED MOTION TO STAY PROCEEDINGS FOR 60 DAYS** to be served via the Court's CM/ECF electronic filing system, which provided electronic notification to the following:

Adam S. Affleck (Utah Bar No. 5434)
**RICHARDS BRANDT MILLER NELSON**
111 East Broadway, Suite 400
Salt Lake City, UT 84111
adam-affleck@rbmn.com
Attorneys for Chapter 7 Trustee, J. Kevin Bird

*/s/ Taytum Jorgensen*