**This order is SIGNED.**

**Dated: August 4, 2026**

**DAVID H. LEIGH**
**U.S. Bankruptcy Judge**

*dcr*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>JUSTIN DEAN BARROW,<br><br>Debtor. | Bankruptcy Number: 24-20609 DHL<br>Chapter 7 |
| J. KEVIN BIRD<br><br>Plaintiff,<br><br>v.<br><br>BARROW LAND & LIVESTOCK, LLC<br><br>Defendant. | Adversary Proceeding No. 26-02025<br><br>Hon. David H. Leigh |

**ORDER GRANTING STIPULATED MOTION TO**
**STAY PROCEEDINGS FOR 60 DAYS**

Before the Court for ruling is the *Stipulated Motion to Stay Proceedings for 60 Days* [Docket No. 5] (the "Stipulated Motion"), filed jointly by Plaintiff J. Kevin Bird ("Plaintiff") and Defendant Barrow Land & Livestock, LLC ("Defendant" and, together with Plaintiff, the "Parties") in the above-captioned adversary proceeding. The Court, having reviewed the Stipulated Motion and such other matters in the Court's file as the Court deemed appropriate, and being otherwise fully advised and for good cause appearing, **HEREBY ORDERS** as follows:

1. The Stipulated Motion is hereby **GRANTED**.

2. The Parties must meet and confer as required under Fed. R. Civ. P. 26(f), made applicable to this proceeding by Fed. R. Bankr. P. 7026 and Local Rule 7026-1(a), and prepare a *Report of Parties' Planning Meeting* in a form that substantially complies with Local Form 7026-1.

3. The Parties must file the *Report of Parties' Planning Meeting* on or before **October 15, 2026**.

4. An Initial Pretrial Conference relating to this matter is hereby scheduled for **October 22, 2026, at 1:30 p.m.**, prevailing Mountain Time, before the Honorable David H. Leigh via Zoom videoconference.[1] The Court may strike the Initial Pretrial Conference if the *Report of the Parties' Planning Meeting* is timely filed.

5. The Parties must have complied with Fed. R. Bankr. P. 7007.1, if applicable, prior to the Initial Pretrial Conference.

6. Failure to comply with this Order may result in the Court imposing sanctions and/or fees and costs under Fed. R. Civ. P. 16(f), made applicable to this proceeding by Fed. R. Bankr. P. 7016, without further notice or hearing.

------------------------------------------END OF DOCUMENT------------------------------------------

[1] For more information on appearing at a hearing by Zoom videoconference, visit the Court's website at: https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom

---

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS FOR 60 DAYS** shall be served to the parties and in the manner designated below.

**By Electronic Service:**

**Adam S. Affleck**, adam-affleck@rbmn.com, andalin-bachman@rbmn.com, nicole-gaitan@rbmn.com
**Dastan M D'O**, dmd@dmdlawfirm.com
**Theodore Floyd Stokes**, ted@stokeslawpllc.com
**United States Trustee**, USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

**None**.