DASTAN DIO (17201)
**CASEWELL.LAW**
10421 S JORDAN GATEWAY, STE 600
SOUTH JORDAN, UT 84095
T: 801-640-4560
OFFICE+3127@CASEWELL.LAW
DMD@CASEWELL.LAW

*ATTORNEY(S) FOR DEFENDANT*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE JUSTIN DEAN BARROW,**<br><br>DEBTOR.<br><br>**J. KEVIN BIRD, CHAPTER 7 TRUSTEE,**<br><br>PLAINTIFF,<br><br>VS.<br><br>**BARROW LAND AND LIVESTOCK, LLC,**<br><br>DEFENDANT. | **NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION**<br><br>BANKRUPTCY CASE NO. 24-20609 (CHAPTER 7)<br>ADV. PRO. NO. 26-02025<br><br>JUDGE DAVID H. LEIGH |

Dastan M. D'o, counsel of record for Defendant Barrow Land and Livestock, LLC in the above-captioned matter, hereby notifies the Court and all parties of a change in his firm affiliation and contact information.

Undersigned counsel has appeared in this adversary proceeding through DMD Law, P.C. Undersigned counsel now practices with CASEWELL.LAW, which has assumed responsibility for this representation.

Effective immediately, undersigned counsel's firm affiliation and contact information are as follows:

Firm: CASEWELL.LAW

Mailing Address: 10421 S Jordan Gateway, Ste 600, South Jordan, Utah 84095

Telephone: 801-640-4560

Email: office+3127@casewell.law and dmd@casewell.law

This Notice reflects a change of firm affiliation and contact information only. Undersigned counsel is not withdrawing, and Defendant remains represented by counsel without interruption.

Undersigned counsel is aware of, and will comply with, every deadline and every hearing or trial date currently set in this matter. Neither this Notice nor anything in it is a request for a continuance, an extension, or a stay of any proceeding or deadline.

Defendant respectfully requests that all further pleadings, motions, notices, orders, minute entries, correspondence, and other papers in this matter be served upon undersigned counsel at the mailing address and electronic mail addresses set forth above.

DATED October 20, 2026.

CASEWELL.LAW

*/s/Dastan Dio/*
Dastan Dio
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed the foregoing NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Adam S. Affleck (Utah Bar No. 5434)
RICHARDS BRANDT MILLER NELSON
A Professional Law Corporation
111 East Broadway, Suite 400
Salt Lake City, UT 84111
Telephone: (801) 531-2000
Attorneys for Chapter 7 Trustee, J. Kevin Bird
adam-affleck@rbmn.com

*/s/Dastan Dio/*