**This order is SIGNED.**

**Dated: October 21, 2026**

**DAVID H. LEIGH**
**U.S. Bankruptcy Judge**

*slo*

---

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>JUSTIN DEAN BARROW,<br><br>Debtor. | Bankruptcy Case No. 24-20609<br><br>Chapter 7 |
| J. KEVIN BIRD*, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Justin Dean Barrow*,<br><br>Plaintiff,<br><br>v.<br><br>BARROW LAND & LIVESTOCK, LLC,<br><br>Defendant. | Hon. David H. Leigh<br><br>Adversary Proceeding No. 26-02025 |

**ORDER: (1) STRIKING INITIAL PRETRIAL CONFERENCE SCHEDULED ON OCTOBER 22, 2026; (2) SETTING ORDER TO SHOW CAUSE HEARING ON NOVEMBER 12, 2026, AT 2:00 P.M.; AND (3) REQUIRING PLAINTIFF TO FILE A STATUS REPORT NO LATER THAN NOVEMBER 5, 2026**

On June 23, 2026, the Court entered an *Order Setting (1) Deadline to File Report of Parties' Planning Meeting and Fed. R. Bankr. P. 7007.1 Statement, and (2) Scheduling Initial Pretrial Conference* [Docket No. 4]. The Order required the parties to file a report of parties' planning meeting no later than July 28, 2026, and set an initial pretrial conference on August 6,

2026.

On August 3, 2026, the parties filed a *Stipulated Motion to Stay Proceedings for 60 Days* [Docket No. 5] requesting that the Court stay all proceedings in the above-captioned adversary proceeding for 60 days.

On August 5, 2026, the Court entered an *Order Granting Stipulated Motion to Stay Proceedings for 60 Days* [Docket No. 7] (the "**Order Granting Stipulated Motion**"). The Order Granting Stipulated Motion required the parties to meet and confer, prepare a report of parties' planning meeting, and file a report of parties' planning meeting on or before October 15, 2026. The Order Granting Stipulated Motion also rescheduled an initial pretrial conference for October 22, 2026, at 1:30 p.m. (prevailing Mountain Time) and stated "[f]ailure to comply with this Order may result in the Court imposing sanctions and/or fees and costs under Fed. R. Civ. P. 16(f) . . . without further notice or hearing." As of the date of this Order, the parties have not filed a report of parties' planning meeting.

Accordingly, and pursuant to the authority to manage its own docket, the Court hereby **ORDERS:**

1. The Initial Pre-Trial Conference on October 22, 2026, at 1:30 p.m. (prevailing Mountain Time) is hereby **STRICKEN** and will not go forward.
2. A hearing on the Court's Order to Show Cause is scheduled for **November 12, 2026, at 2:00 p.m. (prevailing Mountain Time)**. The Honorable David H. Leigh will preside over the hearing. The hearing will be conducted via videoconference through the Court's Zoom.gov login credentials.[1]

[1] For information on how to appear via Zoom, including a direct link to the hearing, please visit the Court's website: https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom.

3. No later than **November 5, 2026**, the Plaintiff must file a status report with the Court.
4. Failure to appear at the Order to Show Cause hearing on November 12, 2026, at 2:00 p.m. (prevailing Mountain Time) and/or failure to file a status report with the Court may result in sanctions pursuant to Fed. R. Civ. P. 16(f)(1), as made applicable to bankruptcy matters by Fed. R. Bankr. P. 7016. Sanctions may include, among others: striking the complaint or answer in whole or in part, staying further proceedings until the order is obeyed, or dismissing the action or proceeding in whole or in part. *See Fed. R. Civ. P. 37(b)(2)(A)(ii)-(vii), as made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 7037.*

______________________________END OF DOCUMENT________________________________

**______ooo0ooo______**

**DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing **ORDER: (1) STRIKING INITIAL PRETRIAL CONFERENCE SCHEDULED ON OCTOBER 22, 2026; (2) SETTING ORDER TO SHOW CAUSE HEARING ON NOVEMBER 12, 2026, AT 2:00 P.M.; AND (3) REQUIRING PLAINTIFF TO FILE A STATUS REPORT NO LATER THAN NOVEMBER 5, 2026** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

- Adam S. Affleck adam-affleck@rbmn.com, andalin-bachman@rbmn.com;nicole-gaitan@rbmn.com
- Dastan M D'O dmd@casewell.law
- Theodore Floyd Stokes ted@stokeslawpllc.com

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

None.