Adam S. Affleck (Utah Bar No. 5434)
**RICHARDS BRANDT MILLER NELSON**
A Professional Law Corporation
111 East Broadway, Suite 400
Salt Lake City, UT 84111
adam-affleck@rbmn.com
Telephone: (801) 531-2000
Facsimile: (801) 532-5506
Attorneys for Chapter 7 Trustee, J. Kevin Bird

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| | |
|---|---|
| In re Justin Dean Barrow,<br>Debtor. | Bankruptcy Case No. 24-20609<br>(Chapter 7) |
| J. Kevin Bird, chapter 7 trustee,<br>Plaintiff,<br>vs.<br><br>Barrow Land and Livestock, LLC,<br>Defendant. | Adv. Pro. No. 26-2025<br><br>Honorable David H. Leigh<br><br>(filed electronically) |

# STATUS REPORT

Pursuant to this Court's order requiring plaintiff to file a status report (Dkt. No. 9), J. Kevin Bird (the "**Trustee**") hereby reports on the status of this matter as follows:

1. The Trustee commenced this action against Barrow Land and Livestock, LLC ("**BLL**") by filing a complaint on February 13, 2026.

2. On May 22, 2026, Dastan D'o, who was then associated with Pace Johnson Law Firm, accepted service of the complaint on behalf of BLL.

3. On June 22, 2026, Mr. D'o, having changed firms to DMD Law, P.C., filed an answer on behalf of BLL.

4. The Trustee, through counsel, prepared a draft of a Report of Parties Planning Meeting and forwarded it to Mr. D'o for discussion.

5. Mr. D'o was unable to agree on dates and other matters addressed in the proposed Report because of a serious back injury that required surgery and a long recouperation period.

6. On August 3, 2026, the parties filed a Stipulated Motion to Stay Proceedings for 60 Days to facilitate Mr. D'o's recovery.

7. The Court granted the Stipulated Motion to Stay Proceedings for 60 Days and ordered that the parties file a Report of Parties Planning Meeting Report on October 15, 2026, and set an initial pretrial conference for October 22, 2026.

8. Within the deadline set by the Court, the Trustee, through counsel, revised the Report of Parties Planning Meeting that was initially prepared in July 2026 to account for the stay and made attempt to send it to Mr. D'o at DMD Law, LLC and to contact Mr. D'o.

9. The Trustee did not receive a response from Mr. D'o because, unbeknownst to the Trustee or his counsel, Mr. D'o, during his recuperation, had relocated his practice a second time to Casewell Law in South Jordan, and his contact information had changed.

10. On October 20, 2026, Mr. D'o filed a change of address with the Court indicating his new office address, email address, and telephone number.

11. Upon learning of Mr. D'o's new contact information, the Trustee, through counsel, immediately resent the proposed Report of Parties Planning Meeting to Mr. D'o at his new email address and asked for his approval or, alternatively, to discuss concerns.

12. On the morning of October 21, 2026, Mr. D'o called counsel for the Trustee and indicated his (and BLL's) agreement to the Report of Parties Planning Meeting that the Trustee had prepared and sent.

13. On October 21, 2026, the Trustee filed an agreed Report of Parties Planning Meeting with the Court.

WHEREFORE, based upon the foregoing, the Trustee requests that the Court excuse the late-filing of the agreed Report of Parties Planning Meeting and enter its scheduling order consistent with the deadlines and other matters addressed therein.

DATED: October 21, 2026 RICHARDS BRANDT MILLER NELSON

*/s/ Adam S. Affleck*
Attorneys for J. Kevin Bird, chapter 7 trustee

**CERTIFICATE OF SERVICE**

I certify that, on October 21, 2026, a copy of the foregoing document was served by ECF to the following:

Dastan M. D'o
Casewell Law
10421 S. Jordan Gateway, Suite 600
South Jordan, UT 84095
dmd@casewell.law
Attorneys for Barrow Land and Livestock, LLC

*/s/ Adam S. Affleck*