Adam S. Affleck (UT Bar No. 5434)
**RICHARDS BRANDT MILLER NELSON**
A Professional Law Corporation
4424 S. 700 E., Suite 200
Salt Lake City, UT 84107
Telephone: (801) 531-2000
Facsimile: (801) 532-5506
adam-affleck@rbmn.com
*Attorneys for Chapter 7 Trustee, J. Kevin Bird*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| | |
|---|---|
| In re Justin Dean Barrow,<br><br>Debtor. | Bankruptcy Case No. 24-20609<br>(Chapter 7) |
| J. Kevin Bird, chapter 7 trustee,<br>Plaintiff,<br>vs.<br>Barrow Land and Livestock, LLC,<br>Defendant. | Adv. Pro. No. 26-2025<br>Honorable David H. Leigh |

**CERTIFICATE OF SERVICE**
**(Trustee's Initial Disclosures)**

Plaintiff, J. Kevin Bird (the "**Trustee**") by and through his counsel of record, Adam S. Affleck of RICHARDS BRANDT MILLER NELSON, hereby certifies that on the 22nd day of October, 2026, served, via email, a copy of the Trustee's Initial Disclosures to Barrow Land and Livestock, LLC through its attorney of record Dastan M. D'o of CASEWELL LAW.

Date: October 22nd, 2026

RICHARD BRANDT MILLER NELSON

/s/ *Adam S. Affleck*

**CERTIFICATE OF SERVICE**

I certify that, on October 22, 2026, a copy of the foregoing document was served by ECF to the following:

Dastan M. D’o
Casewell Law
10421 S. Jordan Gateway, Suite 600
South Jordan, UT 84095
dmd@casewell.law
Attorneys for Barrow Land and Livestock, LLC

/s/ *Lindsay Núñez*

**G:\EDSI\DOCS\22161\0022\1HM2260.DOCX**