DASTAN DIO (17201)
**CASEWELL.LAW**
10421 S JORDAN GATEWAY, STE 600
SOUTH JORDAN, UT 84095
T: 801-640-4560
OFFICE+3127@CASEWELL.LAW
DMD@CASEWELL.LAW

*ATTORNEY(S) FOR DEFENDANT*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE: **JUSTIN DEAN BARROW,**<br><br>DEBTOR.<br><br>**J. KEVIN BIRD,**<br><br>PLAINTIFF,<br><br>V.<br><br>**BARROW LAND & LIVESTOCK, LLC,**<br><br>DEFENDANT. | **CORPORATE OWNERSHIP STATEMENT OF DEFENDANT BARROW LAND & LIVESTOCK, LLC**<br><br>BANKRUPTCY CASE NO. 24-20609 (CHAPTER 7)<br>ADV. PRO. NO. 26-02025<br><br>JUDGE DAVID H. LEIGH |

Defendant Barrow Land & Livestock, LLC, by and through counsel undersigned, respectfully submits this Corporate Ownership Statement under Fed. R. Bankr. P. 7007.1.

Barrow Land & Livestock, LLC has no parent corporation. No publicly held corporation owns 10% or more of its membership interests.

Barrow Land & Livestock, LLC will supplement this statement if this information changes. Fed. R. Bankr. P. 7007.1(b)(2).

DATED October 27, 2026.

CASEWELL.LAW

*/s/Dastan Dio/*
Dastan Dio
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I electronically filed the foregoing CORPORATE OWNERSHIP STATEMENT OF DEFENDANT BARROW LAND & LIVESTOCK, LLC with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Adam S. Affleck (Utah Bar No. 5434)
RICHARDS BRANDT MILLER NELSON
A Professional Law Corporation
4424 South 700 East, Suite 200
Salt Lake City, UT 84107
Telephone: (801) 531-2000
Attorneys for Chapter 7 Trustee, J. Kevin Bird
adam-affleck@rbmn.com

*/s/Dastan Dio/*