**This order is SIGNED.**

**Dated: November 3, 2026**

**DAVID H. LEIGH**
**U.S. Bankruptcy Judge**

*slo*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

In re:

JUSTIN DEAN BARROW,

Debtor.

Bankruptcy Number: 24-20609

Chapter 7

J. KEVIN BIRD*, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Justin Dean Barrow*,

Plaintiff,

vs.

BARROW LAND & LIVESTOCK, LLC,

Defendant.

Adversary Proceeding Number: 26-02025

Hon. David H. Leigh

**ORDER STRIKING HEARING SET ON NOVEMBER 12, 2026, AT 2:00 P.M. AND DEEMING ORDER TO SHOW CAUSE (DOCKET NO. 9) SATISFIED**

On October 21, 2026, the Court entered an *Order: Striking Initial Pretrial Conference Scheduled on October 22, 2026; (2) Setting Order to Show Cause Hearing on November 12, 2026, at 2:00 P.M.; and (3) Requiring Plaintiff to File a Status Report No Later Than November 5, 2026* (the "**Order to Show Cause**") [Docket No. 9]. The Order to Show Cause set a hearing on November 12, 2026, at 2:00 p.m. based on the parties' failure to file a report of planning meeting by the deadline on October 15, 2026.

On October 21, 2026, the parties jointly filed *Report of Parties' Planning Meeting* (the "**Report**") [Docket No. 10] and the Plaintiff filed a *Status Report* [Docket No. 11].

The Court, having reviewed the parties' Report, the Plaintiff's Status Report, and such additional matters on the Court's docket and in the Court's file as the Court deemed appropriate, has determined that the hearing set on November 12, 2026, at 2:00 p.m. is no longer necessary and will enter a scheduling order adopting the dates and deadlines set forth in the Report. Based on the foregoing and being otherwise fully advised and for good cause appearing, **HEREBY ORDERS** as follows:

1. The Order to Show Cause is satisfied.
2. The hearing set on November 12, 2026, at 2:00 p.m. (prevailing Mountain Time) is stricken and will not go forward.

END OF DOCUMENT

**DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER**

Service of the foregoing Order shall be served on the parties in the manner designated below:

**By Electronic Service**: The parties of record in this case, as identified below, are registered CM/ECF users.

- Adam S. Affleck adam-affleck@rbmn.com, andalin-bachman@rbmn.com;nicole-gaitan@rbmn.com
- Dastan M D'O dmd@casewell.law

**By U.S. Mail**: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

None.